# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BRANDY YOUNG                                                                          PLAINTIFF

v.                                   NO. 3:03CV00400 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                               DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion for an Award of Attorney's Fees and Other Expenses Under the Provisions of the Equal Access to Justice Act ("EAJA") (docket entry #16), along with a Memorandum in Support (docket entry #17). Defendant has not filed a Response. For the reasons set forth herein, the Motion will be granted.

On December 19, 2003, Plaintiff filed this action challenging the decision of an Administrative Law Judge ("ALJ") denying her social security benefits (docket entry #2). On March 16, 2005, the Court entered a Memorandum and Order and Judgment (docket entries #14 and #15) remanding the case to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

On May 17, 2005, Plaintiff's attorney, Mr. Anthony W. Bartels, filed a Motion for an Award of Attorney's Fees and Other Expenses Under the Provisions of the EAJA. In this Motion, Mr. Bartels seeks payment for 3.50 hours of work performed by an attorney, 15.15 hours of work performed by a paralegal, and reimbursement for $118.20 in expenses. Pursuant to an agreement between The Bartels Law Firm and the Office of General Counsel of the Social Security

Administration (docket entry #17, attachment), Mr. Bartels seeks payment for attorney time as follows: (1) .55 hours of work performed during 2003 at the adjusted hourly rate of $147.00; and (2) 2.95 hours of work performed during 2004 and 2005 at the adjusted hourly rate of $152.00. Mr. Bartels seeks payment for 15.15 hours of paralegal time at the rate of $65 an hour and $118.20 in expenses. Defendant has not filed a Response objecting to the Motion, which has been pending for over six months, and the time for doing so has long since expired.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of fees and expenses under the EAJA, and that the amount requested by Plaintiff's attorney is reasonable. Accordingly, Plaintiff's attorney shall receive a total award of $1,632.20, which includes: (1) .55 hours of attorney time at the rate of $147.00 per hour ($80.85); (2) 2.95 hours of attorney time at the rate of $152.00 per hour ($448.40); (3) 15.15 hours of paralegal time at the rate of $65.00 per hour ($984.75); and (4) $118.20 in expenses.

IT IS THEREFORE ORDERED that Plaintiff's Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (docket entry #16) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. Anthony W. Bartels, attorney for Plaintiff, $1,632.20, which has been awarded as fees and expenses pursuant to the EAJA.

DATED this 2nd day of November, 2005.

/s/ J. Thomas Ray
UNITED STATES MAGISTRATE JUDGE